Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

No. 68351.—Overseas Trading Co., Inc. v. United States, protest 60/31100 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nails made of iron or steel wire, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 17, 1964

No. 68352.—Hybern, Inc., dba The Akron, et al. v. United States, protests 59/5524, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.

No. 68353.—The Cherry Co., Ltd., et al. v. United States, protests 60/23559, etc. (Honolulu).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.

No. 68354.—Rosenthal Block China Corp. v. United States, protests 60/9252 and 60/9910 (New York).